S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**ROBERT D. NESLER, OSB #853790**
bob.nesler@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone:  (503) 727-1069
Facsimile:   (503) 727-1117
Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:01-CR-00220-BR |
| Plaintiff/Petitioner, | ORDER OF GARNISHMENT |
| v. | |
| MOHAMMED RABBANI-MOGHADDAM, | |
| Defendant/Respondent, | |
| and | |
| THE HARTFORD FINANCIAL SERVICES GROUP, INC. THE HARTFORD MUTUAL FUNDS, | |
| Garnishee. | |

A Writ of Garnishment directed to the above garnishee, The Hartford Financial Services Group, Inc., The Hartford Mutual Funds (Hartford), has been duly issued and served upon the garnishee. Pursuant to the Writ of Garnishment, the garnishee served an answer on plaintiff on/or about May 25, 2012, and filed the

same with the Court on May 25, 2012, stating that at the time of the service of the Writ, it had in its possession, custody or control, personal property belonging to and due defendant, and garnishee was indebted to defendant in the sum of $4,430.88 as of May 18, 2012..

On July 23, 2012, a hearing was held before this Court on defendant's request for hearing for exemption of property. The Court found no basis for defendant's exemption request or for delay of payment by garnishee of the Writ of Garnishment.

THEREFORE IT IS ORDERED that garnishee, Hartford, liquidate defendant's IRA, under Fund 1622, Account 493681, subject to market fluctuations and after deduction of any contract withdrawal charges and pay to plaintiff said net amount currently held pursuant to the Writ of Garnishment which will then be dismissed after payment to plaintiff.

IT IS FURTHER ORDERED, that defendant will be responsible for any and all federal, state and local taxes related to the withdrawal of said IRA, including ten percent (10%) IRS penalty for premature withdrawal (pre-age 59.5), if appropriate.

Payment shall be made payable to the Clerk of Court and mailed to the United

//

//

//

//

PAGE 2    ORDER OF GARNISHMENT

States District Court, 1000 SW Third Avenue, Suite 740, Portland, OR 97204.

DATED this 24th day of July, 2012.

_____
ANNA J. BROWN
U. S. DISTRICT COURT JUDGE

PRESENTED BY:

S. AMANDA MARSHALL, OSB 95347

_____/s/_____
ROBERT D. NESLER, OSB 85379
Assistant U.S. Attorney

PAGE 3    ORDER OF GARNISHMENT